### Lester PENNY v. STATE.
### No. 18689.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

Clark Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft, a felony; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Dan POPE v. STATE.
### No. 18615.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

Horton B. Porter, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### R. N. STOWERS v. STATE.
### No. 18463.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

Paul E. Parkins, of Gladewater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft, the punishment assessed being two years in the penitentiary.

Appellant has filed an affidavit with this court advising that he does not desire to further prosecute his appeal. Complying with appellant's suggestion, the appeal is ordered dismissed.

### Bessie TEAL v. STATE.
### No. 18489.

Court of Criminal Appeals of Texas.
June 17, 1936.

Wm. E. Davenport, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for violation of the present local option law, punishment being assessed at a fine of $100 and thirty days in jail.

The information is fatally defective. See Whitmire v. State (Tex.Cr.App.) 94 S.W. (2d) 742, opinion delivered May 20, 1936.

The judgment is reversed and prosecution ordered dismissed under the present complaint and information.